PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00315-JAM |
|---|---|
| Plaintiff, | **ORDER DISMISSING COUNTS 24-26 AS TO DEFENDANT DARREN FEHST** |
| v. | |
| DARREN FEHST, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, this Court HEREBY ORDERS the dismissal of counts 24-26 of the above-captioned indictment and superseding indictment filed on September 6, 2012, and May 30, 2013, as to defendant DARREN FEHST only.

Dated: July 16, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER TO DISMISS